UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IMAN MABOOYANI | No. 23 CR 283-2<br><br>Judge Martha M. Pacold |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and defendant IMAN BAMBOOYANI, by his attorney JOSHUA ADAMS, hereby jointly submit this status report pursuant to the Court's minute order at Dkt. 96.

1. Defendant was charged by indictment with conspiring to persuade and entice female individuals to travel in interstate commerce, in violation of 18 U.S.C. § 2422(a), all in violation of 18 U.S.C. § 371 (Count One). Dkt. 1. Defendant entered a plea of not guilty and was released on bond. Dkt. 21.

2. The government tendered a draft plea agreement to defendant on or about April 22, 2024. The parties are engaged in active plea negotiations. The government respectfully requests the Court set a status hearing, at which point a change of plea date can be set in this matter.

3. Defendant does not object to the continued exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) through the date of the next status hearing.

Date: May 28, 2024

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:   */s/ Brandon D. Stone*
        BRANDON D. STONE
        RICHARD M. ROTHBLATT
        Assistant United States Attorneys
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 613-9700