# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:23−cr−00283
Honorable Martha M. Pacold

Hojat Askari, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 16, 2025:

MINUTE entry before the Honorable Jeffrey T. Gilbert as to Iman Bambooyani (2): Defendant's Unopposed Motion to Modify Conditions of Bond [172] is granted. Mr. Bambooyani is permitted to travel to Los Angeles, California on December 29, 2025, and return to Chicago on January 6, 2026. Mr. Bambooyani shall provide his itinerary to Pretrial Services in advance of his trip. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.